### PHILIPS *v.* PHILIPS.

PER CURIAM. The trial judge did not err in overruling the demurrers to the petition.

*Judgment affirmed. All the Justices concur, except Atkinson, J., who dissents.*

No. 8484.   FEBRUARY 17, 1932.

*J. E. Chapman* and *A. W. & John G. Cozart,* for plaintiff in error.

*George C. Palmer,* contra.